**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SABRE INDUSTRIES, INC., | CIVIL ACTION NO. 15-2501 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MODULE X SOLUTIONS, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

This matter having come before the court for trial by jury on Monday, January 22, 2018, and in accordance with the verdict rendered by the jury on Saturday, February 10, 2018,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is awarded to Sabre Industries, Inc. and against Module X Solutions, LLC for the claims for breach of contract asserted by Sabre Industries, Inc. against Module X Solutions, LLC in the amount of $423,708.00, plus judicial interest from April 6, 2015;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Module X Solutions, LLC for breach of contract against Sabre Industries, Inc. are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Sabre Industries, Inc. for negligent misrepresentation against Module X Solutions, LLC, Steven Schoonover, Jim Dean and Jeff Hood are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Sabre Industries, Inc. for intentional misrepresentation against Module X Solutions, LLC, Steven Schoonover, Jim Dean and Jeff Hood are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Sabre Industries, Inc. for intentional/tortious interference with contract against Steven Schoonover, Jim Dean and Jeff Hood are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Sabre Industries, Inc. for breach of contract against Jim Dean are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Sabre Industries, Inc. for breach of contract against Jeff Hood are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Sabre Industries, Inc. for conspiracy against Module X Solutions, LLC, Steven Schoonover, Jim Dean and Jeff Hood are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Sabre Industries, Inc. for fraud against Module X Solutions, LLC, Steven Schoonover, Jim Dean and Jeff Hood are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is awarded to Module X Solutions, LLC and against Sabre Industries, Inc. for MXS's claims for negligent misrepresentation in the amount of $2,150,211.00, plus judicial interest from the date of judicial demand;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims of Module X Solutions, LLC for intentional misrepresentation against Sabre Industries, Inc. are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear its own costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the parties' claims for attorneys' fees are reserved for post-trial consideration.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 27th day of February, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT